UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
JOSEPH H. AND MIRIAM F. WEISS        :
FOUNDATION, INC., individually and on :
behalf of all others similarly situated,   :        Civ No. 10-CV-0100-FB-RR
                                      :
            Plaintiff,                :
                                      :
    v.                                :
                                      :
NOVARTIS AG and NESTLÉ S.A.,         :
                                      :
            Defendants.               :
---------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Joseph H. and Miriam F. Weiss Foundation, Inc., through its undersigned counsel, hereby gives notice of voluntary dismissal of the captioned action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Neither defendant Novartis AG nor defendant Nestlé S.A., has filed or served an answer or motion for summary judgment in response to plaintiff's complaint.  A motion for class certification was not made and the Court has not certified a class in the instant action. Therefore, this dismissal will not bind any member of the class asserted in the complaint and pursuant to Rule 23(e) of the

Federal Rules of Civil Procedure, neither court approval nor notice is required.  Thus, plaintiff may voluntarily dismiss the captioned action upon the filing of this Notice.

Dated: New York, New York
        March 18, 2010

                                        By:___/s/___Patrick Slyne_____
                                        Jules Brody (JB-9151)
                                        Patrick Slyne (PS-1765)
                                        STULL, STULL & BRODY
                                        6 East 45th Street
                                        New York, New York 10017
                                        Tel: (212) 687-7230
                                        Fax: (212) 558-3588